**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Luis Lagunas | CASE NO.: LA11-21507-AA |
| DEBTOR(S) | **NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS** |
| | DATE: April 15, 2011 |
| | TIME: 10:00 am |
| | PLACE: Sheraton Los Angeles Downtown Hotel |
| | 711 South Hope Street |
| | ROOM: Redondo B - Ballroom Level |
| | LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  4/5/11**

*(signature)*

**Kathy A. Dockery**
**Chapter 13 Trustee**

| In re: **LUIS LAGUNAS** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **LA11-21507-AA** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 4/5/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/5/2011 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                        F 9013-3.1

| | |
|---|---|
| In re **LUIS LAGUNAS** | CHAPTER: 13 |
| | CASE NUMBER: **LA11-21507-AA** |

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

BAC Home Loan Servicing
7105 Corporate Drive
Plano, TX 75024

BAC Home Loan Servicing LP
400 National Way
Mail Stop CA6-919-01-23
Simi Valley, CA 93065

BAC Home Loans Servicing
400 Countrywide Way MS SV 46
Simi Valley, CA 93065

Bank of America
PO BOX 538610
Atlanta, GA 30353

CHASE
PO BOX 1598
WILMINGTON, DE 19850

CHASE HOME FINANCE
PO BOX 24696
COLUMBUS, OH 43224-0696

Citibank
P.O. Box 688923
Des Moines, IA 50368

Equifax Credit Information
Bankruptcy Notification
PO BOX 740241
Atlanta, GA 30374

Experian
Bankruptcy Notification
475 Anton Blvd
Costa Mesa, CA 92626

Kathy A Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

L BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD
SUITE 1500
LOS ANGELES, CA 90010

Leroy Bishop Austin
L.Bishop Austin & Associates
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1502

Luis Lagunas
1493 Molino Avenue
Long Beach, CA 90806

ONE WEST BANK FSB
888 EAST WALNUT ST
PASADENA, CA 91101

Reconstrust Company
1800 Tapo Canyon Rd, CA6-914-01-94
Simi Valley, CA 93063

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**